**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| D&M FARMS, MARK HASTY, and DUSTIN LAND, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIRDSONG CORPORATION and GOLDEN PEANUT COMPANY, LLC,<br><br>Defendants. | Case No. 2:19-cv-463-HCM-LRL |

## MOTION TO DISMISS

Defendant Birdsong Corporation ("Birdsong"), by counsel, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, moves to dismiss the Complaint, and all claims for relief therein against Birdsong, for failure to state a claim upon which relief can be granted, for all of the reasons set forth in the accompanying Memorandum.

WHEREFORE, Birdsong respectfully requests that the Court grant its Motion to Dismiss, dismiss the Complaint, and all claims for relief asserted against Birdsong, with prejudice, and grant such other relief as the Court deems appropriate.

**BIRDSONG CORPORATION**

*/s/ Stephen E. Noona*

Stephen E. Noona (VSB No. 25367)
Patrick H. O'Donnell (VSB No. 29637)
Kristan B. Burch (VSB No. 42640)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone:  (757) 624-3000
Facsimile:  (888) 360-9092
senoona@kaufcan.com
phodonnell@kaufcan.com
kbburch@kaufcan.com
cjbelote@kaufcan.com
*Counsel for Birdsong Corporation*

Thomas W. Craddock, Esq.
MCGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, TX 75201
Telephone: (214) 954-6834
Fax: (214) 954-6868
tcraddock@mcslaw.com
*(Pro hac vice pending)*

*Counsel for Birdsong Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically email notification of such filing to all counsel of record who have made a formal appearance.

*/s/ Stephen E. Noona*
Stephen E. Noona (VSB No. 25367)
Patrick H. O'Donnell (VSB No. 29637)
Kristan B. Burch (VSB No. 42640)
Clark J. Belote (VSB No. 87310)
KAUFMAN & CANOLES, P.C.
150 W. Main Street, Suite 2100
Norfolk, VA 23510-1665
Telephone: (757) 624-3000
Facsimile: (888) 360-9092
senoona@kaufcan.com
phodonnell@kaufcan.com
kbburch@kaufcan.com
cjbelote@kaufcan.com
*Counsel for Birdsong Corporation*