**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

| | |
|---|---|
| D&M FARMS, MARK HASTY, and DUSTIN LAND, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIRDSONG CORPORATION and GOLDEN PEANUT COMPANY, LLC,<br><br>    Defendants. | Civil Action No. 2:19-cv-00463<br><br>**Honorable Henry C. Morgan, Jr.**<br>**Honorable Lawrence R. Leonard** |

## **DEFENDANT GOLDEN PEANUT'S MOTION TO DISMISS**

Defendant Golden Peanut hereby moves the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), for the entry of an order dismissing with prejudice Plaintiffs' Complaint, for failure to state a claim upon which relief may be granted. The grounds in support of this Motion are set forth in Defendant Golden Peanut's Memorandum in Support of Its Motion to Dismiss and accompanying exhibits.

1

Dated: October 21, 2019

Respectfully submitted,

*/s/ K. Ross Powell*

K. Ross Powell (VA Bar No. 89495)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue N.W.
Washington, DC 20004
Phone: (202) 389-5000
Fax: (202) 389-5200
ross.powell@kirkland.com

Daniel E. Laytin, P.C. (admitted *pro hac vice*)
Stacy Pepper (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
300 North LaSalle Street
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
dlaytin@kirkland.com
stacy.pepper@kirkland.com

Robert Allen (admitted *pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
bob.allen@kirkland.com

*Attorneys for Defendant,*
*Golden Peanut Company, LLC*

## **CERTIFICATE OF SERVICE**

    I certify that on October 21, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sends an electronic copy of the foregoing to all counsel of record in this case.

                                                                      */s/ K. Ross Powell*
                                                                      K. Ross Powell (VA Bar No. 89495)
                                                                      KIRKLAND & ELLIS LLP
                                                                      1301 Pennsylvania Avenue N.W.
                                                                      Washington, DC 20004
                                                                      Phone: (202) 389-5000
                                                                      Fax: (202) 389-5200
                                                                      ross.powell@kirkland.com