**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| **IN RE PEANUT FARMERS ANTITRUST LITIGATION** | **Court File No. 2:19-cv-00463-RAJ-LRL**<br><br>**Honorable Raymond A. Jackson**<br>**Honorable Lawrence R. Leonard** |

## PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH DEFENDANT OLAM, FOR CERTIFICATION OF THE PROPOSED SETTLEMENT CLASS, AND FOR RELATED RELIEF

Plaintiffs D&M Farms, Mark Hasty, Dustin Land, Lonnie Gilbert, Daniel Howell and Rocky Creek Farms (collectively "Plaintiffs") respectfully move the Court to preliminarily approve the Settlement Agreement and to certify the following settlement class (the "Settlement Class") pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3):

> All persons or entities in the United States who sold raw, harvested runner peanuts to any of the Defendants, their subsidiaries or joint-ventures, from January 1, 2014 through December 31, 2019 (the "Class Period"). Specifically excluded from this Class are the Defendants; the officers, directors or employees of any Defendant; any entity in which any Defendant has a controlling interest; and any affiliate, legal representative, heir or assign of any Defendant. Also excluded from this Class are any federal, state or local governmental entities, any judicial officer presiding over this action and the members of his/her immediate family and judicial staff, any juror assigned to this action, and any co-conspirator identified in this action.

Plaintiffs also respectfully move for the Court to appoint (1) D&M Farms, Mark Hasty, Dustin Land, Lonnie Gilbert, Daniel Howell and Rocky Creek Farms as representatives of the Settlement Class, and (2) Brian D. Clark of Lockridge Grindal Nauen PLLP and Kimberly A. Justice of Freed Kanner London & Millen LLC as Co-Lead Counsel for the Settlement Class and Wyatt B. Durrette, Jr. of Durrette, Arkema, Gerson & Gill PC as Liaison Counsel for the Settlement Class, pursuant to Fed. R. Civ. P. 23(c)(1)(B) and 23(g).

In support of this motion, Plaintiffs submit herewith a: (1) Memorandum of Law in Support, (2) Declaration of Brian D. Clark and exhibits thereto, (3) Declaration of Steven Weisbrot and exhibits thereto, (4) Declaration of Robyn Griffin and exhibits thereto, and (5) proposed order.

Date:   October 23, 2020

Respectfully submitted,

By /s/ Wyatt B. Durrette, Jr.
Wyatt B. Durrette, Jr., Esq. (VSB No. 04719)
Kevin J. Funk, Esq. (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel:  (804) 775-6900
Fax:  (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com


W. Joseph Bruckner (MN No. 0147758)
(admitted *pro hac vice*)
Brian D. Clark (MN No. 00390069)
(admitted *pro hac vice*)
Simeon A. Morbey (MN 0391338)
(admitted *pro hac vice*)
Stephanie A. Chen (MN 0400032)
(admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, Minnesota  55401
Tel:  (612) 339-6900
Fax:  (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
sachen@locklaw.com

553697.1

2

Kimberly A. Justice (PA No. 85124)
(admitted *pro hac vice*)
Jonathan M. Jagher (PA No. 204721)
(admitted *pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, Pennsylvania 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
kjustice@fklmlaw.com
jjagher@fklmlaw.com

Douglas A. Millen (IL No. 6226978)
(admitted *pro hac vice*)
Michael E. Moskovitz (IL No. 6237728)
(admitted *pro hac vice*)
Robert J. Wozniak (IL No. 6288799)
(admitted *pro hac vice*)
Brian M. Hogan (IL No. 6286419)
(admitted *pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, #130
Bannockburn, Illinois 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com
rwozniak@fklmlaw.com
bhogan@fklmlaw.com

Jeffrey J. Corrigan (NY No. 2372654)
(admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
Two Commerce Square
2001 Marker Street, Suite 3420
Philadelphia, Pennsylvania 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jcorrigan@srkattorneys.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

                                       */s/ Wyatt B. Durrette, Jr.*
Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel: (804) 775-6900
Fax: (804) 775-6911
wdurrette@dagglaw.com