# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF VIRGINIA

### NORFOLK DIVISION

Wednesday, December 16, 2020

**MINUTES OF PROCEEDINGS IN** _____Open Court_____

**PRESENT**: THE HONORABLE Raymond A. Jackson, U.S. DISTRICT JUDGE

Deputy Clerk: _P. Thompson_____                    Reporter: Carol Naughton, OCR

| Set: 2:30 p.m. | Started: 2:30 p.m. | Ended:  2:55 p.m. |
|---|---|---|

| Case No.   2:19cv463 |
|---|
| **D&M Farms, et. al.** |
| v. |
| **Birdsong Corporation, et. al.**<br>**A Virginia corporation** |
| |
| |

| |
|---|
| Attorney's Wyatt Durrette, Jr., Brian Clark, Kimberly Justice and William London appeared on behalf of the plaintiffs. |
| Attorney's Stephen Noona, Clark Belote and Kristan Burch appeared on behalf of defendant Birdsong Corporation. |
| Attorney's Benjamin Hatch, Dan Laytin and Stacy Pepper appeared on behalf of defendant Golden Peanut Company, LLC. |
| Attorney's E. Wistar Wilson, Niall Lynch and Ashley Bauer appeared on behalf of defendant Olam Peanut Shelling Company, Inc. |
| |
| Matter came on for Hearing re: #300 Motion for Preliminary Approval of Settlement with defendant Olam, #365 Motion for Preliminary Approval of Settlement with defendant Birdsong and #497 Motion to Approve Notice. |
| |
| Comments of the Court and Counsel heard. |
| Court DIRECTS parties to redraft the Order for Preliminary Settlement and submit by 1:00p.m. on 12/21/20. |
| Court DIRECTS Golden Peanut to file an independent motion for summary judgment by 1/5/21. |
| |
| Court adjourned. |