**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| *IN RE PEANUT FARMERS ANTITRUST LITIGATION* | Court File No. 2:19-cv-00463-RAJ-LRL<br><br>**Honorable Raymond A. Jackson<br>Honorable Lawrence R. Leonard** |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS
WITH THE OLAM AND BIRDSONG DEFENDANTS**

Plaintiffs D&M Farms, Mark Hasty, Dustin Land, Lonnie Gilbert, Daniel Howell, and Rocky Creek Farms (collectively "Plaintiffs") respectfully move the Court to approve the settlements with Defendants Olam Peanut Shelling Company, Inc., and Birdsong Corporation. In support of this motion, Plaintiffs submit a Memorandum of Law in Support.

Dated:  January 13, 2021

Respectfully submitted,

By  /s/  Kevin J. Funk
Wyatt B. Durrette, Jr., Esquire (VSB No. 04719)
Kevin J. Funk, Esquire (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia  23219
Tel: (804) 775-6900
Fax: (804) 775-6911
wdurrette@dagglaw.com
kfunk@dagglaw.com

*Counsel for Plaintiffs and Liaison Counsel for the Class*

W. Joseph Bruckner (MN No. 0147758)
(admitted *pro hac vice*)
Brian D. Clark (MN No. 00390069)
(admitted *pro hac vice*)
Simeon A. Morbey (MN No. 0391338)
(admitted *pro hac vice*)
Stephanie A. Chen (MN No. 0400032)
(admitted *pro hac vice*)
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Tel: (612) 339-6900
Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
samorbey@locklaw.com
sachen@locklaw.com

Kimberly A. Justice (PA No. 85124)
(admitted *pro hac vice*)
Jonathan M. Jagher (PA No. 204721)
(admitted *pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
kjustice@fklmlaw.com
jjagher@fklmlaw.com

William H. London (IL No. 6196353)
(admitted *pro hac vice*)
Douglas A. Millen (IL No. 6226978)
(admitted *pro hac vice*)
Michael E. Moskovitz (IL No. 6237728)
(admitted *pro hac vice*)
Brian M. Hogan (IL No. 6286419)
(admitted *pro hac vice*)
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road, #130
Bannockburn, IL 60015
Tel: (224) 632-4500
Fax: (224) 632-4521
blondon@fklmlaw.com
dmillen@fklmlaw.com
mmoskovitz@fklmlaw.com

bhogan@fklmlaw.com

*Counsel for Plaintiffs and Co-Lead Counsel for the Class*

Jeffrey J. Corrigan (NY No. 2372654)
(admitted *pro hac vice*)
Jeffrey L. Spector (PA No. 207208)
(admitted *pro hac vice*)
SPECTOR ROSEMAN & KODROFF, P.C.
Two Commerce Square
2001 Market Street, Suite 3420
Philadelphia, PA 19103
Tel: (215) 496-0300
Fax: (215) 496-6611
jcorrigan@srkattorneys.com
jspector@srkattorneys.com

*Additional Counsel for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically e-mail notification of such filing to all counsel of record.

To the best of my knowledge, there are no other attorneys or parties who require service by U.S. Mail.

    /s/   Kevin J. Funk
Kevin J. Funk, Esquire (VSB No. 65465)
DURRETTE, ARKEMA, GERSON & GILL PC
1111 East Main Street, 16th Floor
Richmond, Virginia 23219
Tel: (804) 775-6900
Fax: (804) 775-6911
kfunk@dagglaw.com

3