IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



D&M FARMS, MARK HASTY, DUSTIN
LAND, ROCKY CREEK PEANUT FARMS,
LLC, DANIEL HOWELL, and, LONNIE
GILBERT, individually and on behalf
of all others similarly situated;

    Plaintiffs,

v.                                CIVIL ACTION NO. 2:19-cv-463

BIRDSONG CORPORATION, GOLDEN
PEANUT COMPANY, LLC, and OLAM
PEANUT SHELLING COMPANY, INC.

    Defendants.

## *ORDER*

On March 3, 2021, the Court entered its Memorandum Opinion and Order (the "Order") in response to Plaintiff's Motion for Final Approval of Settlements. ECF No. 577. That Order is hereby **VACATED**.

The Court **DIRECTS** the Clerk to provide copies of this order to counsel of record.

**IT IS SO ORDERED.**

Norfolk, Virginia
March 4, 2021

                                             UNITED STATES DISTRICT JUDGE